AUSA: Andrew Stahl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**26 MAG 929**

UNITED STATES OF AMERICA

v.

GUSTAVO DEJESUS TORRES,

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. § 2113(a)

COUNTIES OF OFFENSE:
NEW YORK and BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

NASER DZAFEROVIC, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
### (Bank Robbery)

1.      On or about March 17, 2026, in the Southern District of New York and elsewhere, GUSTAVO DEJESUS TORRES, the defendant, knowingly, by force and violence, and by intimidation, took and attempted to take, from the person and presence of another, and obtained and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code, Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States Code, Section 2113(h), to wit, TORRES obtained money from a bank branch located at 55 West 125th Street, New York, New York, by passing a threatening note to a bank employee demanding money.

(Title 18, United States Code, Section 2113(a).)

### COUNT TWO
### (Attempted Bank Robbery)

2.      On or about March 17, 2026, in the Southern District of New York and elsewhere, GUSTAVO DEJESUS TORRES, the defendant, knowingly, by force and violence, and by intimidation, attempted to take, from the person and presence of another, and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code, Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States Code, Section 2113(h), to wit, TORRES attempted to obtain money from a bank branch located at

360 East 149th Street, Bronx, New York, by passing a threatening note to a bank employee demanding money.

(Title 18, United States Code, Section 2113(a).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Detective with the NYPD, and a member of the Joint Bank Robbery/Violent Crime Task Force operated by the Federal Bureau of Investigation ("FBI") and the NYPD. I have served in the NYPD for approximately ten years and have held the rank of Detective for approximately five years. I have extensive training and experience investigating robberies and other violent crimes, including bank robberies. I have been personally involved in the investigation of this matter. This affidavit is based upon my participation in the investigation of this matter, my conversations with other law enforcement officers, and my examination of surveillance video footage, photographs, reports, records, and other evidence described herein. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## Overview

4. As set forth in greater detail below, between on or about March 13, 2026, and on or about March 17, 2026, an individual—later identified as GUSTAVO DEJESUS TORRES, the defendant—committed a series of six robberies and attempted robberies of multiple branch locations of a particular bank (the "Bank") located throughout New York City (the "Robberies"). TORRES committed one of the Robberies in Manhattan and another in the Bronx. During each of the Robberies, TORRES appears to be wearing the same distinctive clothing, including a black jacket, black pants, a light gray or white hooded sweatshirt, a black ski mask, a dark baseball cap, and white sneakers with pink coloring around the soles. During each of the Robberies, TORRES passed a threatening note to one or more bank tellers. The contents of these notes were substantially similar. Specifically, each note demanded $10,000 in an envelope, threatened the safety of everyone in the Bank branch, and advised the tellers not to "do anything stupid." Based on a review of surveillance footage recovered from the targeted Bank branches and nearby subway stations, law enforcement identified TORRES as the individual who appeared at various locations, in the same distinctive clothing, and perpetrated the Robberies.

## The Bank Robbery Pattern

5. Based on my participation in this investigation, including my review of documents and surveillance footage, review of witness statements, and conversations with other members of law enforcement, I know, among other things, the following regarding the Robberies of multiple Bank branches throughout New York City by an individual that I and other law enforcement agents have identified as GUSTAVO DEJESUS TORRES, the defendant:

2

**The Queens and Brooklyn Robberies: March 13 to 14, 2026**

a.       **Bank Branch-1.** On or about March 13, 2026, at approximately 12:30 p.m., an individual entered a Bank branch in the vicinity of 24-16 Queens Plaza South, in Queens, New York ("Bank Branch-1"). Bank Branch-1 employees described the individual as a male wearing a black jacket, black pants, a baseball cap, and white sneakers. The man approached a Bank teller and passed the teller a threatening note, which read: "Put 10,000 Inside an Envelope And don't do anything stupid Everyone safety depends on you".[1] The teller did not hand over any money, and the man then fled Bank Branch-1. A photograph of the note that the man passed to the teller at Bank Branch-1 is shown below in Image-1.



**Image-1**

b.       **Bank Branch-2.** Approximately 45 minutes later, on or about March 13, 2026, at approximately 1:15 p.m., an individual entered a Bank branch in the vicinity of 37-67 75th Street, in Queens, New York ("Bank Branch-2"). Bank Branch-2 employees described the individual as a male wearing a gray sweater or vest, a black ski mask, a baseball cap, and white sneakers. The man approached a Bank teller and passed the teller a threatening note demanding $10,000 and threatening the safety of the bank. The teller gave the man approximately $320 in $20 bills, and the man then fled Bank Branch-2.

c.       **Bank Branch-3.** On or about March 14, 2026, at approximately 11:30 a.m., an individual entered a  Bank branch in the vicinity of 490 Fulton Street, in Brooklyn, New York ("Bank Branch-3"). Bank Branch-3 employees described the individual as a male wearing a black jacket, a white hooded sweatshirt, black sweatpants, white and pink sneakers, a black ski mask, and a baseball cap. The man approached multiple Bank tellers and passed them threatening notes, which read: "Put 10,000 Inside an Envelope And Don't Do Anything stupid Everyone safety Depends on you." The tellers did not hand over any money, and the man then fled Bank Branch-3. A photograph of the notes that the man passed to the tellers at Bank Branch-3 is shown below as Image-2.

---

[1] All quotations from the demand notes discussed in this Complaint appear as they do in the originals, including with any typographical and grammatical errors and punctuation omissions.



**Image-2**

d.      **Bank Branch-4.** Approximately one hour later, on or about March 14, 2026, at approximately 12:30 p.m., an individual entered a Bank branch in the vicinity of 1462 Nostrand Avenue, in Brooklyn, New York ("Bank Branch-4"). Surveillance footage captured from Bank Branch-4 shows the individual to be a male, wearing a black jacket, a light gray or white hooded sweatshirt, black pants, white sneakers, and a black ski mask, as shown in Image-10 below. The man approached a Bank teller and passed the teller a threatening note, which read: "Put 10,000 Inside an Envelope Everyone safety depends on you Don't Do Anything stupid". The teller gave the man approximately $265 in $5 bills, and the man then fled Bank Branch-4. A photograph of the note that the man passed to the teller at Bank Branch-4 is shown below as Image-3.



**Image-3**

**The Manhattan and Bronx Robberies: March 17, 2026**

e.      On or about March 17, 2026, around approximately 10:10 a.m., an individual entered a Bank branch in the vicinity of 55 West 125th Street, in New York, New York ("Bank Branch-5"). Surveillance footage captured from Bank Branch-5 shows the individual to be

a male, wearing a black jacket, a light gray or white hooded sweatshirt, black pants, white sneakers with pink coloring around the soles, a black ski mask, and a dark baseball cap, as shown in Image-11 below. The man approached a Bank teller and passed the teller a threatening note, which read: "Put 10,000 Inside an Envelope Everyone safety depends on you Don't Do Anything stupid". The teller gave the man approximately $20, and the man then fled Bank Branch-5. A photograph of the note that the man passed to the teller at Bank Branch-5 is shown below as Image-4.



**Image-4**

f.        Approximately one hour later, on or about March 17, 2026, around approximately 11:22 a.m., an individual entered a Bank branch in the vicinity of 360 East 149th Street, in the Bronx, New York ("Bank Branch-6"). Surveillance footage captured from Bank Branch-6 shows the individual to be a male, wearing a black jacket, a light gray or white hooded sweatshirt, black pants, white sneakers with pink coloring around the soles, and a black ski mask, as shown in Image-12 below. The man also appears to be wearing a baseball cap underneath the hood of his sweatshirt. The man approached one or more Bank tellers and passed them a note, which read: "Put 10,000 Inside an Envelope Everyone safety depends on you Don't Do Anything stupid". The tellers did not hand over any money, and the man then fled Bank Branch-6. A photograph of the note that the man passed to the tellers at Bank Branch-6 is shown below as Image-5.



**Image-5**

## The Identification of TORRES as the Perpetrator of the Robberies

6.    Based on my participation in this investigation, including my review of law enforcement reports and records, Bank surveillance footage and photographs, additional surveillance footage from nearby New York City Subway stations (the "Subway"), and my conversations with other members of law enforcement, I know the following, regarding the identification of GUSTAVO DEJESUS TORRES, the defendant, as the perpetrator of the Robberies:

a.    Surveillance footage recovered from the Queens Plaza Subway station on or about March 13, 2026, shortly after the attempted robbery of Bank Branch-1, depicts an individual dressed in the same distinctive clothing as the man described by Bank Branch-1 employees who attempted to rob Bank Branch-1. The Queens Plaza station is located approximately 0.3 miles from Bank Branch-1. A still image from this surveillance footage is shown below as Image-6.



**Image-6**

b.    Surveillance footage recovered from the Jackson Heights-Roosevelt Avenue Subway station, on or about March 13, 2026, shortly before the robbery of Bank Branch-2, depicts an individual dressed in clothing that is similar to the clothing of the man who robbed Bank Branch-2, as described by the employees of Bank Branch-2. The Jackson Heights-Roosevelt Avenue station is located approximately 300 feet from Bank Branch-2. Additionally, the individual appears to be wearing the same clothes as the individual who robbed Bank Branch-1 approximately 45 minutes earlier. A still image from this surveillance footage depicting this individual is shown below as Image-7, which appears to show the same individual as in Image-6.



**Image-7**

c.      Surveillance footage recovered from the Nevins Street Subway station, on or about March 14, 2026, shortly after the attempted robbery of Bank Branch-3, depicts an individual dressed in the same distinctive clothing as the man described by Bank Branch-3 employees who attempted to rob Bank Branch-3, which is approximately 0.2 miles away. Two still images from this surveillance footage are shown below as Image-8 and Image-9, which appear to depict the same individual as shown in Image-6 and Image-7.



**Image-8**



**Image-9**

7

d.      Surveillance footage recovered from the robbery of Bank Branch-4 shows the individual displayed below in Image-10 shortly before he passed the threatening note to the Bank teller. That individual is dressed in the same manner as the individual depicted in Image-6, Image-7, Image-8, and Image-9 above.



**Image-10**

e.      Surveillance footage recovered from the robbery of Bank Branch-5 shows the individual below in Image-11 shortly before he passed the threatening note to the Bank teller. The individual is holding the threatening note in Image-11, which is circled in red. That individual is dressed in the same manner as the individual depicted in Image-6, Image-7, Image-8, Image-9, and Image-10 above.



**Image-11**

8

f.      Finally, surveillance footage recovered from the robbery of Bank Branch-6 shows the individual in Image-12, below, entering Bank Branch-6 before he passed a threatening note to the Bank teller. That individual is dressed in the same manner as the individual depicted in Image-6, Image-7, Image-8, Image-9, Image-10, and Image-11 above.



**Image-12**

g.      Based on my review of these images and relevant surveillance footage from the Subway and the Bank branches, I believe that the individual who appears in Image-6, Image-7, Image-8, Image-9, Image-10, Image-11, and Image-12 and perpetrated the Robberies is the same person, based, in part, on the man's distinctive clothing, including the black jacket, light gray or white hooded sweatshirt, black pants, black ski mask, and white sneakers with pink coloring around the soles. As noted above, that description is also consistent with the one that witnesses inside the Bank branches provided to law enforcement.

h.      On or about March 15, 2026, an NYPD Detective ("Detective-1") reviewed surveillance footage recovered by law enforcement, including Image-9, in which the individual's face is partially visible. Detective-1 identified the individual who appears in Image-9 as TORRES. Detective-1 was familiar with TORRES's appearance because he had recently arrested TORRES, on or about February 24, 2026, for a prior bank robbery.

i.      Surveillance footage taken from the 34th Street-Penn Station Subway station, on or about March 14, 2026, at approximately 10:30 a.m. (the "Penn Station Surveillance Footage"), approximately one hour before the attempted robbery of Bank Branch-3, depicts a man wearing the same distinctive clothing—including the black jacket, light gray or white hooded sweatshirt, black pants, baseball cap, and white sneakers with pink coloring around the soles—as the individual who robbed or attempted to rob Bank Branch-1, Bank Branch-2, Bank Branch-3, Bank Branch-4, Bank Branch-5, and Bank Branch-6. However, the man is not wearing a ski mask, and his face is clearly visible. Two still images from this surveillance footage are shown below as Image-13 and Image-14.

9


**Image-13**


**Image-14**

j.    On or about March 18, 2026, Detective-1 reviewed the Penn Station Surveillance Footage, including Image-13 and Image-14. Detective-1 identified the individual who appears in Image-13 and Image-14 as TORRES, the same individual that Detective-1 previously identified in Image-9 based on Detective-1's familiarity with TORRES from his recent arrest.

k.    I have compared Image-9, Image-13, and Image-14 to a known photograph of TORRES found in law enforcement records from a prior arrest. I believe that TORRES is the individual who appears in Image-9, Image-13, and Image-14, and whose distinctive clothing also matches that of the individual who appears in Image-6, Image-7, Image-8, Image-10, Image-11, and Image-12.

l.    Based on the foregoing, I believe that TORRES is the individual who committed the Robberies of the Bank described above, and particularly robbed Bank Branch-5 on or about March 17, 2026, and attempted to rob Bank Branch-6 on or about March 17, 2026.

### The Bank Is a Federally Insured Institution

7.    Based on my review of publicly available materials, as well as my training and experience, I know that, at all relevant times, the deposits of Bank Branch-5 and Bank Branch-6, as well as the deposits of the Bank generally, were insured by the Federal Deposit Insurance Corporation.

10

WHEREFORE, I respectfully request that a warrant be issued for the arrest of GUSTAVO DEJESUS TORRES, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s **Naser Dzaferovic**  (By Court with Authorization)

NASER DZAFEROVIC
Detective
New York City Police Department

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 20th day of March, 2026

THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

11