USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/27/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 23, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Marjie Vushaj et al. v. Kristi Noem et al*, No. 26 Civ. 151 (ALC)

Dear Judge Carter:

This Office represents the Government in the above-referenced mandamus action. I write respectfully on behalf of the parties to provide the Court with an update regarding the parties' continued efforts to resolve this matter, and to request a sixth, thirty-day extension of time, *nunc pro tunc*, on consent, from yesterday, July 22, 2026 to Monday, August 24, 2026, for the government to respond to the complaint.

As Plaintiffs indicated in their previous update to the Court on June 22, 2026, ECF No. 22, Plaintiffs' counsel required additional time to discuss whether Plaintiffs intended to pursue an Administrative Procedure Act claim related to their credible fear interview and review by the Immigration Court, as well as additional time for Plaintiffs' counsel to attend to a medical issue. Having spoken with Plaintiffs' counsel today, he requires additional time for both. To that end, the parties request a sixth thirty-day extension of time for the government to respond to the complaint, from yesterday, July 22, 2026 to Monday, August 24, 2026. I apologize to the Court for submitting this request a day after the government's deadline to respond to the complaint passed.

The parties thank the Court for its consideration of this request.

Respondent's request is GRANTED. Respondent shall answer or otherwise respond to the Complaint by August 4, 2026.

SO ORDERED:
Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 27, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (via ECF)