**MEMO ENDORSED**

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2026

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 9/2/26

**Re: United States v. Gustavo Dejesus Torres**
**26 Cr. 161 (ALC)**

Dear Judge Carter:

I write, with the government's consent, to request a 30-day adjournment of the status conference in the above-captioned case, currently scheduled for September 3 at 2:00 p.m.

The government has produced discovery in this matter and the parties have begun to discuss a possible pretrial resolution of the matter. The proposed adjournment will allow the defense time to continue reviewing discovery and the parties time to continue plea negotiations. The defense is generally unavailable on Mondays and Wednesdays after 4:00 p.m. and is also unavailable: Monday, October 5 at 10:30 a.m. and Tuesday, October 6 after 11:00 a.m.

The government respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Torres time to receive and review discovery and for the parties to continue discussing a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Gustavo Dejesus Torres*

cc: Counsel of record

The application is **GRANTED**. The status conference is adjourned to 10/6/26 at 12:30 p.m. Time excluded from 9/3/26 to 10/6/26 in the interest of justice.
So Ordered. Andrew L Carter 9/2/26