MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 29, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 9/30/26

**BY ECF & EMAIL**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Gustavo Dejesus Torres*, 26 Cr. 161 (ALC)**

Dear Judge Carter:

The Government writes on behalf of the parties to respectfully and jointly request an adjournment of the status conference in this matter, currently scheduled for October 6, 2026, at 12:30 p.m. The parties have been actively engaged in discussions about a pretrial disposition of this matter. The parties have conferred and agree it would be productive to adjourn the forthcoming status conference to allow this process to reach a resolution. Accordingly, the parties respectfully request that the Court adjourn the October 6, 2026 status conference to a date at the Court's convenience on or after October 26, 2026. For scheduling purposes, defense counsel is generally unavailable after 3:30 p.m. on Mondays and Wednesdays and on Tuesday mornings. This is the third request for an adjournment of the status conference. The Court granted the parties' two previous requests. The requested adjournment will not affect any other scheduled dates.

Should the Court grant this adjournment request, the Government also moves, with the consent of the defendant, to exclude time under the Speedy Trial Act through the date of the rescheduled status conference. This exclusion would permit the parties to continue to discuss a pretrial disposition, and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ____________________
ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc (by ECF): All counsel of record

The application is **GRANTED**. The status conference is adjourned to 10/27/26 at 4 p.m.
Time excluded from 10/6/26 to 10/27/26 in the interest of justice.
So Ordered.

9/30/26