USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ______________
DATE FILED: 10-21-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>GUSTAVO DEJESUS TORRES,<br><br>Defendants. | 26-CR-161 (ALC)<br><br>**ORDER** |

ANDREW L. CARTER, JR., District Judge:

The October 27, 2026, Status Conference is rescheduled to **3:45 p.m.**

**SO ORDERED.**

Dated: New York, New York
October 21, 2026

Andrew L Carter Jr

ANDREW L. CARTER, JR.
United States District Judge